UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERONICA GARDNER and CALVIN MORGAN
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

FLAGSTAR BANK, N.A.,

    Defendant.
_____/

Case No. 20-12061

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## JUDGMENT

Pursuant to the Opinion and Order entered on this date, judgment is hereby entered in favor of the Defendant and against the Plaintiff.

**SO ORDERED.**

Dated:  April 16, 2024

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 16, 2024, by electronic and/or ordinary mail.
/s/ Teresa McGovern

Deputy Clerk